Thomas D. Powers
125 E. John Carpenter Freeway, Suite #1100
Irving, Texas 75062
(214) 855-9200/(214) 965-0757 (Fax)

In the United States Bankruptcy Court
Northern District of Texas
Dallas Division

In Re:                                                          Case No  09-33391-BJH-13

JAMES EARL THOMAS

**NOTICE OF FILING OF FINAL REPORT AND ACCOUNT BY TRUSTEE**

Notice is hereby given pursuant to 11 U.S.C. 350 and Bankruptcy Rule 5009 that Thomas D. Powers, Chapter 13 Trustee has filed a Final Report and Account in the above styled and numbered case certifying that the estate has been fully administered. The Final Report and Account is on file with the CLERK OF THE BANKRUPTCY COURT, 1100 COMMERCE, ROOM 12-A-24, DALLAS, TEXAS, 75242-1496 and is available for review at **https://ecf.txnb.uscourts.gov/**. A summary of the report is as follows:

| | |
|---|---|
| Petition Date | Jun 01, 2009 |
| Confirmation Date | Aug 27, 2009 |
| Disposition | Dismissed |
| Date Closed | 08/30/2010 |
| # of Months Case was Pending | 17 |
| Amt of unsecured claims discharged without payment * | $           .00 |
| | |
| Total Paid by or on behalf of Debtor | $     4,932.50 |
| Less amount Refunded to Debtor | $           .00 |
| **Net Receipts** | $     4,932.50 |

| | Principal | Interest |
|---|---|---|
| Total Secured Disbursements | $     1,785.36 | $       856.12 |
| Total Priority Disbursements | $           .00 | $           .00 |
| General Unsecured Disbursements | $           .00 | $           .00 |

| | |
|---|---|
| Expenses of Administration ** | $     2,291.02 |
| Disbursements to Creditors | $     2,641.48 |
| **Total Disbursements** | $     4,932.50 |

\* THE INFORMATION REFLECTED IN THE FINAL REPORT AS TO THE DISCHARGE OF CLAIMS IS NOT INTENDED
  TO RENDER AN OPINION AS TO WHETHER ANY SPECIFIC DEBT IS, OR IS NOT, DISCHARGED. ONLY THE
  COURT CAN ISSUE AN ORDER DETERMINING THE DISCHARGEABILITY OF ANY DEBT OR DEBTS.

\*\* Includes Attorney Fees, Notice Fees, Trustee Fees and Clerk's Fees

Notice is further given that unless an objection is filed by the United States Trustee or a party in interest within 30 days of service of this notice, the Court may declare that the bankruptcy estate has been fully administered and that the Trustee should be discharged and further liability on said Trustee's bond with respect to this case can be terminated.

Dated:  11/12/2010                                              /s/ Thomas D. Powers
                                                                _____
                                                                Thomas D. Powers
                                                                Standing Chapter 13 Trustee
                                                                By:  Dawn Carruthers

# CERTIFICATE OF NOTICE

```
District/off: 0539-3           User: cecker                Page 1 of 2                   Date Rcvd: Nov 15, 2010
Case: 09-33391                 Form ID: pdf013             Total Noticed: 51

The following entities were noticed by first class mail on Nov 17, 2010.
db           +James Earl Thomas,    2650 S. Forum  Apt. 13206,    Grand Prairie, TX 75052-7089
cr           +CitiMortgage, Inc.,    c/o Timothy J. Harvard,    1305 West Magnolia, Suite A,
               Fort Worth, TX 76104-4345
12383130    ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court: Americredit,    PO Box 183853,    Arlington, TX 76096)
12383128     +Ais Services Llc,    50 California St Ste 150,    San Francisco, CA 94111-4624
12348245     +Allmand & Lee, PLLC,    8701 Bedford Euless Rd., Suite 510,    Hurst, TX 76053-3874
12383132      Asset Acquisition Group, LLC,    PO Box 370470,    Ohio City, CO 81237
12348246      Attorney General of Texas,    Bankruptcy Section,    10260 N. Central Expy, Suite 210,
               Dallas, Texas 75231-3426
12383134     +Beneficial-hfc,    Po Box 1547,    Chesapeake, VA 23327-1547
12383135     +Capital One Auto Finance,    PO Box 260848,    Plano, TX 75026-0848
12700477     +CitiMortgage, Inc.,    CO Timothy J. Harvard,    1305 West Magnolia, Suite A,
               Fort Worth, Texas 76104-4345
12651117      CitiMortgage, Inc.,    P O Box 6941,    The Lakes, NV 88901-6941
12383138     +Citimortgage,    3950 Regent Blvd,    Irving, TX 75063-2244
12383139     +Corporate America Family Credit Union,    5910 N. MacArthur Blvd No. 140,    Irving, TX 75039-6108
12383140     +Corporate America Fcu,    2075 Big Timber Rd,    Elgin, IL 60123-1140
12383141     +Credit Systems International- Collection,    725 S. Wells Street,    Suite 501,
               Chicago, IL 60607-4516
12383142     +Dallas Southwest PEdiatric,    9229 LBJ Freeway Suite 250,    Dallas, TX 75243-4403
12462165     +Ellis County,    CO Sherrel K. Knighton,    Linebarger Goggan Blair & Sampson, LLP,
               2323 Bryan Street Suite 1600,    Dallas, TX 75201-2644
12348247    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Internal Revenue Service,    Insolvency,    P.O. Box 21126,
               Philadelpia, PA 19114)
12383145      IRS,    Department of the Treasury,    Austin, TX 73301-0030
12348248     +Internal Revenue Service,    IRS-SBSE Insolvency Area 10,    1100 Commerce St., MC 5026 DAL,
               Dallas, TX 75242-1001
12348249     +James Earl Thomas,    119 Ashburne Glen Lane,    Red Oak, TX 75154-1641
12383147     +Jefferson Capital Systems,    16 Mcleland Rd,    Saint Cloud, MN 56303-2198
12348250     +Linebarger Goggan Blair et al,    2323 Bryan  Ste 1600,    Dallas, Texas 75201-2644
12383149     +Little Loan Shoppe,    90 WEst 500 South No. 2001,    Bountiful, UT 84010-6230
12383150     +Methodist Health System,    4040 N. Central Expressway Suite 600,    Dallas, TX 75204-3147
12383151     +Nationwide Credit Inc,    2015 Vaughn Rd Nw Ste 30,    Kennesaw, GA 30144-7801
12551901     +PRA  Receivables Management, LLC as agent  of,    Beneficial Texas Inc.,    P.O. Box 12907,
               Norfolk VA 23541-0907
12383152     +Payday Select,    2307 Concord Pike No. 607,    Wilmington, DE 19803-2911
12383153     +Purpose Loan,    PO Box 105617,    Atlanta, GA 30348-5617
12501594     +RETax Funding, L.P.,    1401 Elm Street, Suite 4750,    Dallas, TX 75202-2992
12383154     +Radiology Consultants,    PO Box 740968,    Dallas, TX 75374-0968
12383155     +Red Horse Ventures,    2207 Concord Pike No. 505,    Wilmington, DE 19803-2908
12383156     +Retax Funding,    14785 Preston Road Suite 495,    Dallas, TX 75254-6833
12383157     +Scotts Lawn Sevice Arlington,    PO Box 742585,    Cincinnati, OH 45274-2585
12383158     +Security Fin,    209 Dawson Rd. Ste. 4B,    Columbia, SC 29223-1740
12383159     +Sky Recovery Services,    12000 Westheimer,    Houston, TX 77077-6681
12383161      Stuart Allan, & Assicates, Inc.,    5447 E. 5th St. Ste. 110,    Tucson, AZ 85711-2345
12348251    ++TEXAS COMPTROLLER OF PUBLIC ACCOUNTS,    REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION,
               PO BOX 13528,    AUSTIN TX 78711-3528
             (address filed with court: State Comptroller,    Revenue Accounting Div Bankrup,    PO Box 13528,
               Austin, Tx 78111)
12348252      Texas Alcoholic Beverage Comm,    Licences and Permits Division,    P.O. Box 13127,
               Austin, TX 78711-3127
12383164     +Thompsom & Associates,    335 Common Street,    Lawrence, MA 01840-1262
12348254     +Tom Powers,    Standing Chapter 13 Trustee,    125 E. John Carpenter Freeway,
               11th Floor, Suite 1100,    Irving, TX 75062-2324
12348255      United States Attorney - NORTH,    3rd Floor, 1100 Commerce St.,    Dallas, TX 75242
12383168    ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
             (address filed with court: Wachovia Dealer Services,    PO Box 25341,    Santa Ana, CA 92799)

The following entities were noticed by electronic transmission on Nov 15, 2010.
cr            E-mail/PDF: rmscedi@recoverycorp.com Nov 16 2010 01:19:54
               Recovery Management Systems Corporation,    25 SE 2nd Ave. Ste. 1120,    Miami, FL  33131-1605
12361797     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Nov 16 2010 01:13:32
               Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
12394724     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Nov 16 2010 01:13:32
               Capital One Auto Finance, CO Ascension Capital Gr,    P.O. Box 201347,    Arlington, TX 76006-1347
12383136     +E-mail/Text: cashamerica@nuvox.net                            Cash America,    17 Triangle Park,
               Cincinnati, OH 45246-3411
12383137     +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com                            Cashnet USA,
               P.O. Box 06230,    Chicago, IL 60606-0230
12472284      E-mail/PDF: rmscedi@recoverycorp.com Nov 16 2010 01:19:55
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
12348253     +E-mail/Text: redpacer@twc.state.tx.us                            TEXAS EMPLOYMENT COMMISSION,
               TEC BUILDING-BANKRUPTCY,    101 E. 15TH STREET,    AUSTIN, TX 78778-0001
12348256     +E-mail/Text: ustpregion06.da.ecf@usdoj.gov                            United States Trustee,
               Rm. 9C60 1100 Commerce St.,    Dallas, TX 75242-9998
                                                                                              TOTAL: 8
```

```
District/off: 0539-3            User: cecker                Page 2 of 2                  Date Rcvd: Nov 15, 2010
Case: 09-33391                  Form ID: pdf013             Total Noticed: 51

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Capital One Auto Finance,    P.O. BOX 201347,    ARLINGTON, TX 76006-1347
12383129*      +Allmand & Lee, PLLC,    8701 Bedford Euless Rd., Suite 510,    Hurst, TX 76053-3874
12383133*       Attorney General of Texas,    Bankruptcy Section,    10260 N. Central Expy, Suite 210,
                 Dallas, Texas 75231-3426
12383143*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
               (address filed with court: Internal Revenue Service,    Insolvency,    P.O. Box 21126,
                 Philadelpia, PA 19114)
12383144*      +Internal Revenue Service,    IRS-SBSE Insolvency Area 10,    1100 Commerce St., MC 5026 DAL,
                 Dallas, TX 75242-1001
12383146*      +James Earl Thomas,    119 Ashburne Glen Lane,    Red Oak, TX 75154-1641
12383148*      +Linebarger Goggan Blair et al,    2323 Bryan  Ste 1600,    Dallas, Texas 75201-2644
12383160*     ++TEXAS COMPTROLLER OF PUBLIC ACCOUNTS,    REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION,
                 PO BOX 13528,    AUSTIN TX 78711-3528
               (address filed with court: State Comptroller,    Revenue Accounting Div Bankrup,    PO Box 13528,
                 Austin, Tx 78111)
12383163*      +TEXAS EMPLOYMENT COMMISSION,    TEC BUILDING-BANKRUPTCY,    101 E. 15TH STREET,
                 AUSTIN, TX 78778-0001
12383162*       Texas Alcoholic Beverage Comm,    Licences and Permits Division,    P.O. Box 13127,
                 Austin, TX 78711-3127
12383165*      +Tom Powers,    Standing Chapter 13 Trustee,    125 E. John Carpenter Freeway,
                 11th Floor, Suite 1100,    Irving, TX 75062-2324
12383166*       United States Attorney - NORTH,    3rd Floor, 1100 Commerce St.,    Dallas, TX 75242
12383167*      +United States Trustee,    Rm. 9C60 1100 Commerce St.,    Dallas, TX 75242-9998
12383131      ##+Angela Thomas,    119 Ashburne Glen Lane,    Red Oak, TX 75154-1641
12383169      ##+World Finance Corp,    110 S Rogers St,    Waxahachie, TX 75165-3646
                                                                                       TOTALS: 0, * 13, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 17, 2010**          **Signature:**   *Joseph Speetjens*